IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Robin Hendley, | : | Case No. 1:17-cv-409 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | |
| Hamilton County Department of Job and Family Services, *et al.*, | : | Final Order |
| | : | |
| Defendants. | : | |

On October 8, 2019, the Court issued an Order granting Defendants' Motion to Dismiss and Motion for Summary Judgment ("Order"). (Doc. 36.) In its Order, the Court gave notice pursuant to Fed. R. Civ. P. 56(f)(2) that it intended to grant summary judgment on Plaintiff's alleged § 1983 claims. Plaintiff cited 42 U.S.C. § 1983 along with Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and the Age Discrimination in Employment Act, 29 U.S.C. § 623, as the basis for her employment discrimination claims based on race, gender, and age in Counts 4 and 6 of her Complaint. However, neither Defendants nor Plaintiff addressed such § 1983 claims in their summary judgment briefing.

In its Order, the Court questioned whether Plaintiff alleged viable § 1983 claims based on race, gender, and age but found that even if considered on the merits, summary judgment for Defendants on those claims would be warranted. The Court provided Plaintiff with the deadline of October 14, 2019 by which to file a written response to its notice of intent to grant summary judgment on her § 1983 claims. Plaintiff has not filed any objection. The Court finds that summary judgment for Defendants on the alleged § 1983 claims to be appropriate for the reasons stated in its October 8, 2019 Order.

Finding summary judgment to be appropriate on all claims, this case shall be terminated from the docket.

**IT IS SO ORDERED.**

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court